IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00429-REB-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID CHUNG

    Defendant.

---

## MINUTE ORDER

---

Pursuant to the directions of Magistrate Judge Michael J. Watanabe:      T.Lee, Deputy Clerk
November 9, 2009

    Defendant is hereby ORDERED to appear for an initial appearance on November 13, 2009 at 2:00pm in courtroom A 502 before Magistrate Judge Watanabe, 901 19th Street, Denver, CO 80294, at the Alfred A. Arraj courthouse.