**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00429-REB-11

UNITED STATES OF AMERICA,

     Plaintiff,

v.

11.  DAVID CHUNG,

     Defendant.

## MINUTE ORDER[1]

     Due to a conflict arising on the court's calendar, the sentencing hearing set for March 4, 2011, at 9:00 a.m., is **VACATED** and is **CONTINUED** to **March 25, 2011**, at 8:30 a.m.

     Dated:  January 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.